# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Brandon Sibley

Plaintiff

v.

Continental Land and Fur, et al

Defendant

23-375

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
The State of Louisiana through the Department of Wildlife and Fisheries

 provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

The State of Louisiana, Louisiana Office of Risk Management,  Louisiana Department of Wildlife and Fisheries, Jack Monteoucet, Continental Land and Fur, Dewayne Crawford, and R. Paul Loveless.

/s/ Matthew P. Roth

Attorney Name and Bar Number

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.