## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRANDON SIBLEY | * | CIVIL ACTION No.: 23-00375 |
| | * | |
| VERSUS | * | JUDGE SHELLY D. DICK |
| | * | |
| CONTINENTAL LAND AND FUR, DEWAYNE CRAWFORD, R. PAUL LOVELESS, STATE OF LOUISIANA – WILDLIFE AND FISHERIES, AND JACK MONTEOUCET | * | MAG. JUDGE SCOTT D. JOHNSON |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, come Defendants, Continental Land & Fur Co., Inc. ("CL&F"), Paul Loveless, and Dwayne Crawford (collectively "CL&F Defendants"), who respectfully move this Court to remand the instant proceedings to the 19th Judicial District Court for the Parish of East Baton Rouge, from which it was improperly removed.[1]

As set forth more fully in the accompanying memorandum, the co-defendant State of Louisiana through the Department of Wildlife and Fisheries ("LDWF"), filed its Notice of Removal on May 15, 2023, on the basis of "federal question" jurisdiction, alleging this action is

---

[1] In the event that this matter is remanded back to state court, the CL&F Defendants reserve the right to assert any and all applicable defenses and exceptions to Mr. Sibley's Complaint, including, without limitation: (1) Declinatory Exception of Insufficient of Service of Process; (2) Declinatory Exception of Lis Pendens; (3) Dilatory Exception of Improper Cumulation; (4) Declinatory Exception of Improper Venue; (5) Declinatory Exception of Lack of Personal Jurisdiction; and (6) Peremptory Exception of No Cause of Action (collectively, "Exceptions").

removable "based upon Plaintiff's allegations that his rights to be free from unreasonable search and seizure under The Fourth Amendment of the United States Constitution have been violated by" LDWF.  Regardless of whether Plaintiff's allegations against LDWF implicate a "federal question," the removal is improper because the CL&F Defendants do not consent to the removal.  Therefore, the lack of "unanimity" among defendants precludes removal on "federal question" grounds, and the Court should remand the action. *See Powers v. United States*, 783 F.3d 570, 576 (5th Cir. 2015) ("The rule of unanimity requires that all defendants to an action either sign the original petition for removal or timely file written consent to the removal.").

In the alternative, under 28 U.S.C. §§ 1367(a) and 1441(c), the Court should sever and remand only the Plaintiff's claims against the CL&F Defendants because those claims are outside of the Court's "supplemental jurisdiction."  The claims against CL&F arise entirely out of a lease dispute between Plaintiff and CL&F, and as such, they have no substantial relationship with Plaintiff's alleged civil rights claims against LDWF.  Further, to the extent that any relationship exists between the two distinct sets of claims (which is denied), the Court should decline to exercise supplemental jurisdiction over Plaintiff's claims against the CL&F Defendants on the grounds that they "substantially predominate" over the Plaintiff's federal claims against LDWF.

**WHEREFORE**, Defendants, Continental Land & Fur Co., Inc., Paul Loveless, and Dwayne Crawford, respectfully ask this Court to grant their Motion to Remand and issue an Order (1) remanding this action back to the state court from which it was removed, or alternatively,

(2) severing and remanding only those claims filed against Defendants, Continental Land & Fur Co., Inc., Paul Loveless, and Dwayne Crawford.

                                            Respectfully submitted,

                                            */s/William M. Kelly*
                                            Charles D. Marshall, III (La. Bar No. 27564)
                                            William M. Kelly (La. Bar. No. 39234)
                                            **CHAFFE McCALL, L.L.P.**
                                            1100 Poydras Street, Suite 2300
                                            New Orleans, LA 70163-2300
                                            504-585-7000 (Telephone)
                                            504-544-6109 (Facsimile)
                                            Email: marshall@chaffe.com
                                                       william.kelly@chaffe.com

                                            ***Attorneys for Continental Land & Fur Co., Inc., Paul Loveless, and Dwayne Crawford***

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record in these proceedings via electronic mail or CM/ECF, and that a copy of the foregoing pleading has been served upon the *pro se* Plaintiff, Brandon Sibley, via electronic mail or by placing the same in the United States Mail, properly addressed and postage prepaid, this 8th day of June 2023.

                                            */s/William M. Kelly*