## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRANDON SIBLEY | * | CIVIL ACTION No.: 23-00375 |
| | * | |
| VERSUS | * | JUDGE SHELLY D. DICK |
| | * | |
| CONTINENTAL LAND AND FUR, DEWAYNE CRAWFORD, R. PAUL LOVELESS, STATE OF LOUISIANA – WILDLIFE AND FISHERIES, AND JACK MONTEOUCET | * | MAG. JUDGE SCOTT D. JOHNSON |

\* \* \* \* \* \* \* \* \* \* \*   \*

## O R D E R

**HAVING CONSIDERED** the Motion to Remand filed by Defendants, Continental Land & Fur Co., Inc., Paul Loveless, and Dwayne Crawford, and all relevant filings:

**IT IS ORDERED** that Defendants' Motion to Remand is GRANTED, and the above-captioned matter be and hereby is immediately REMANDED to the 32nd Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana this _____ day of _____ 2023.

_____
HON. SHELLY D. DICK, CHIEF JUDGE
UNITED STATES DISTRICT COURT

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRANDON SIBLEY | * | CIVIL ACTION No.: 23-00375 |
| | * | |
| VERSUS | * | JUDGE SHELLY D. DICK |
| | * | |
| CONTINENTAL LAND AND FUR, DEWAYNE CRAWFORD, R. PAUL LOVELESS, STATE OF LOUISIANA – WILDLIFE AND FISHERIES, AND JACK MONTEOUCET | * | MAG. JUDGE SCOTT D. JOHNSON |

\* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

**HAVING CONSIDERED** the Motion to Remand filed by the Defendants, Continental Land & Fur Co., Inc., Paul Loveless, and Dwayne Crawford, and all relevant filings:

**IT IS ORDERED** that Defendants' Motion to Remand is GRANTED, and that all claims filed by the Plaintiff, Brandon Sibley, against the Defendants, Continental Land & Fur Co., Inc., Paul Loveless, and Dwayne Crawford, be and hereby are SEVERED from the above-captioned matter and REMANDED to the 32nd Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana this _____ day of _____ 2023.

_____
HON. SHELLY D. DICK, CHIEF JUDGE
UNITED STATES DISTRICT COURT