# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

BRANDON SIBLEY

Plaintiff

v.

CONTINENTAL LAND AND FUR CO., INC. ET AL

Defendant

23-00375

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,

Defendants, Continental Land & Fur Co., Inc., Paul Loveless, and Dwayne Crawford

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Brandon Sibley, Continental Land & Fur Co., Inc., Paul Loveless, Dwayne Crawford, Jack Monteoucet, State of Louisiana through the Department of Wildlife and Fisheries, Louisiana Office of Risk Management.

William M. Kelly (#39234)

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.