# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRANDON SIBLEY | * | CIVIL ACTION No.: 23-00375 |
| | * | |
| VERSUS | * | JUDGE SHELLY D. DICK |
| | * | |
| CONTINENTAL LAND AND FUR, DEWAYNE CRAWFORD, R. PAUL LOVELESS, STATE OF LOUISIANA – WILDLIFE AND FISHERIES, AND JACK MONTEOUCET | * | MAG. JUDGE SCOTT D. JOHNSON |

\* \* \* \* \* \* \* \* \* \* \* \*

### *EX PARTE* MOTION TO WITHDRAW AND/OR STRIKE RECORD DOC. 9 (REPLY MEMORANDUM IN SUPPORT OF MOTION TO REMAND)

Defendants, Continental Land & Fur Co., Inc. ("CL&F"), Paul Loveless, and Dwayne Crawford (collectively "CL&F Defendants"), file this *ex parte* motion to withdraw and/or strike an incorrectly filed Reply Memorandum (Rec. Doc. 9).

1.

On April 6, 2023, Plaintiff, Brandon Sibley, filed the instant "Complaint" against the CL&F Defendants and other defendants in the 19th Judicial District Court for East Baton Rouge Parish. On May 15, 2023, Defendant, State of Louisiana Department of Wildlife and Fisheries ("LDWF") filed a Notice of Removal (Rec. Doc. 1), removing the action to this Court on "federal question" grounds.

2.

On June 8, 2023, the CL&F Defendants timely filed a Motion to Remand (Rec. Doc. 4) for lack of "unanimity" of consent to the removal by all served defendants, among other legal grounds demonstrated in the CL&F Defendants' supporting memorandum.

3.

On June 21, 2023, Plaintiff, Brandon Sibley, appearing pro se, filed two separate oppositions (Rec. Doc. 7 and 8) to the Motion to Remand. As the plaintiff in this action, who filed the action in state court, Mr. Sibley has no standing to oppose the Motion to Remand. *See In re Crystal Power Co., Ltd.*, 641 F.3d 78 (5th Cir.2011) ("[T]he plaintiff, having submitted himself to the jurisdiction of the state court, [is] not entitled to avail himself of a right of removal conferred only on a defendant who has not submitted himself to the jurisdiction.")

4.

The CL&F Defendants have prepared and a Reply Memorandum to address the legal issues raised in Mr. Sibley's two oppositions, which Reply Memorandum was incorrectly filed without leave of this Court. On June 29, 2023, the Clerk of Court's office contacted the undersigned counsel and requested this this Motion be filed for the purpose of striking and/or withdrawing the Reply Memorandum, to be subsequently re-filed in attachment to a Motion for Leave.

WHEREFORE, Defendants, Continental Land & Fur Co., Inc., Paul Loveless, and Dwayne Crawford pray that their Motion be granted, and respectfully ask this Court to issue an Order directing that Rec. Doc. 9 be withdrawn/stricken from the record of this matter.

    Respectfully submitted,

*/s/William M. Kelly*
Charles D. Marshall, III (La. Bar No. 27564)
William M. Kelly (La. Bar. No. 39234)
**CHAFFE McCALL, L.L.P.**
1100 Poydras Street, Suite 2300
New Orleans, LA 70163-2300
504-585-7000 (Telephone)
Email: marshall@chaffe.com
    william.kelly@chaffe.com

***Attorneys for Continental Land & Fur Co., Inc., Paul Loveless, and Dwayne Crawford***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record in these proceedings and upon the pro se Plaintiff, Brandon Sibley, by electronic mail, CM/ECF, or by placing the same in the United States Mail, properly addressed and postage prepaid, this 30th day of June 2023.

__/s/William M. Kelly_____