## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRANDON SIBLEY | * | CIVIL ACTION No.: 23-00375 |
| | * | |
| VERSUS | * | JUDGE SHELLY D. DICK |
| | * | |
| CONTINENTAL LAND AND FUR, DEWAYNE CRAWFORD, R. PAUL LOVELESS, STATE OF LOUISIANA – WILDLIFE AND FISHERIES, AND JACK MONTEOUCET | * | MAG. JUDGE SCOTT D. JOHNSON |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO REMAND

Defendants, Continental Land & Fur Co., Inc. ("CL&F"), Paul Loveless, and Dwayne Crawford (collectively "CL&F Defendants"), file this motion leave to file the attached Reply Memorandum in support of their Motion to Remand (Rec. Doc. 4).

1.

On April 6, 2023, Plaintiff, Brandon Sibley, filed the instant "Complaint" against the CL&F Defendants and other defendants in the 19th Judicial District Court for East Baton Rouge Parish. On May 15, 2023, Defendant, State of Louisiana Department of Wildlife and Fisheries ("LDWF") filed a Notice of Removal (Rec. Doc. 1), removing the action to this Court on "federal question" grounds.

2.

On June 8, 2023, the CL&F Defendants timely filed a Motion to Remand (Rec. Doc. 4) for lack of "unanimity" of consent to the removal by all served defendants, among other legal grounds demonstrated in the CL&F Defendants' supporting memorandum.

3.

On June 21, 2023, Plaintiff, Brandon Sibley, appearing *pro se*, filed two separate oppositions (Rec. Doc. 7 and 8) to the Motion to Remand. As the plaintiff in this action, who filed the action in state court, Mr. Sibley has no standing to oppose the Motion to Remand. *See In re Crystal Power Co., Ltd.*, 641 F.3d 78 (5th Cir.2011) ("[T]he plaintiff, having submitted himself to the jurisdiction of the state court, [is] not entitled to avail himself of a right of removal conferred only on a defendant who has not submitted himself to the jurisdiction.")

4.

The CL&F Defendants respectfully ask this Court for leave to file their Reply Memorandum in Support of Motion to Remand, which is attached hereto as Exhibit A.

WHEREFORE, Defendants, Continental Land & Fur Co., Inc. ("CL&F"), Paul Loveless, and Dwayne Crawford pray that their Motion be granted, and that this Court to issue an Order granting leave to file their Reply Memorandum in Support of Motion to Remand.

Respectfully submitted,

*/s/William M. Kelly*
Charles D. Marshall, III (La. Bar No. 27564)
William M. Kelly (La. Bar. No. 39234)
**CHAFFE McCALL, L.L.P.**
1100 Poydras Street, Suite 2300
New Orleans, LA 70163-2300
504-585-7000 (Telephone)
504-544-6109 (Facsimile)
Email: marshall@chaffe.com
william.kelly@chaffe.com

***Attorneys for Continental Land & Fur Co., Inc., Paul Loveless, and Dwayne Crawford***

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record in these proceedings and upon the pro se Plaintiff, Brandon Sibley, by electronic mail, CM/ECF, or by placing the same in the United States Mail, properly addressed and postage prepaid, this 30th day of June 2023.

                                                                                                                                                            */s/William M. Kelly*