## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRANDON SIBLEY | * | CIVIL ACTION No.: 23-00375 |
| | * | |
| VERSUS | * | JUDGE SHELLY D. DICK |
| | * | |
| CONTINENTAL LAND AND FUR, DEWAYNE CRAWFORD, R. PAUL LOVELESS, STATE OF LOUISIANA – WILDLIFE AND FISHERIES, AND JACK MONTEOUCET | * * * * * * | MAG. JUDGE SCOTT D. JOHNSON |

\* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Motion to Remand,

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave to File Reply Memorandum in Support of Motion to Remand is hereby **GRANTED**, and that Defendants' Reply Memorandum in Support of Motion to Remand shall be filed into the record.

Baton Rouge, Louisiana, this _____ day of _____ 2023.

_____
UNITED STATES DISTRICT JUDGE