**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **BRANDON SIBLEY** | * | **CIVIL ACTION NO.: 23-00375** |
| | * | |
| **VERSUS** | * | **JUDGE SHELLY D. DICK** |
| | * | |
| **CONTINENTAL LAND AND FUR,** | * | **MAGISTRATE JUDGE** |
| **DEWAYNE CRAWFORD, R. PAUL** | * | **SCOTT D. JOHNSON** |
| **LOVELESS, STATE OF LOUISIANA –** | * | |
| **WILDLIFE AND FISHERIES, AND** | * | |
| **JACK MONTEOUCET** | * | |
| | * | |

* * * * * * * * * * * * *

**DEFENDANTS' MOTION FOR
PROTECTIVE ORDER TO STAY DISCOVERY**

Defendants, Continental Land & Fur Co., Inc. ("CL&F"), Paul Loveless, and Dwayne Crawford (collectively "CL&F Defendants"), pursuant to Federal Rule of Civil Procedure 26(c), move this Court for entry of a protective order staying discovery pending resolution of the CL&F Defendants' Motion to Remand (Rec. Doc. 4).

Under Rule 26, this Court is vested with broad discretion to stay discovery when continued discovery would cause "annoyance, embarrassment, oppression, or undue burden or expense[.]" The Fifth Circuit has long recognized good cause to stay discovery while a party's claims are subject to a pending dispositive motion. *See, e.g.*, *Petrus v. Bowen*, 833 F.2d 581, 583 (5th Cir. 1987); *Corwin v. Marney, Orton Investments*, 843 F.2d 194, 200 (5th Cir. 1988); *Scroggins v. Air Cargo, Inc.*, 534 F.2d 1124, 1133 (5th Cir. 1976); *Brown v. DFS Servs.*, L.L.C., 434 F. App'x 347, 351–52 (5th Cir. 2011). This Court has recognized that it may serve "the interests of judicial economy" to issue a stay pending resolution of a motion to remand "until it can be determined