## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRANDON SIBLEY** | * | **CIVIL ACTION NO.: 23-00375** |
| | * | |
| **VERSUS** | * | **JUDGE SHELLY D. DICK** |
| | * | |
| **CONTINENTAL LAND AND FUR,** | * | **MAGISTRATE JUDGE** |
| **DEWAYNE CRAWFORD, R. PAUL** | * | **SCOTT D. JOHNSON** |
| **LOVELESS, STATE OF LOUISIANA –** | * | |
| **WILDLIFE AND FISHERIES, AND** | * | |
| **JACK MONTEOUCET** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Protective Order to Stay Discovery filed by Defendants, Continental Land & Fur Co., Inc., Paul Loveless, and Dwayne Crawford,

**IT IS HEREBY ORDERED** that Defendants' Motion for Protective Order to Stay Discovery is hereby **GRANTED**, and that all discovery is hereby **STAYED** until the Court's ruling on Defendants' Motion to Remand.

Baton Rouge, Louisiana, this \_\_\_ day of _____ 2023.

_____
UNITED STATES MAGISTRATE JUDGE