UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON SIBLEY

VERSUS

CONTINENTAL LAND & FUR CO., ET AL

CIVIL ACTION

23-375-SDD-SDJ

### RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson dated February 23, 2024, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Remand[3] is GRANTED and the matter REMANDED to the 19th Judicial District of Louisiana.

Signed in Baton Rouge, Louisiana the 27 day of March, 2024.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 4.
[2] Rec. Doc. 24.
[3] Rec. Doc. 4.

19th JDC Certified